IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICARDO VELASCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 12-47-GPM |
| | ) |
| JOHN DOE WARDEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On February 21, 2012, Plaintiff filed a letter with this Court seeking to give notice of his voluntary dismissal of the action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Doc. 9). The Court construes this letter as a motion to voluntarily dismiss the case. Plaintiff also requested information on the applicable statute of limitations to re-file his action.

Voluntary withdrawal of his claim is Plaintiff's right. Accordingly, the motion (Doc. 9) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff is advised that in an action filed pursuant to 42 U.S.C. § 1983, courts look to the personal injury laws of the state where the injury occurred to determine the statute of limitations. *Wallace v. Kato*, 549 U.S. 384, 387 (2007). Illinois law provides a two-year statute of limitations for personal injury actions. 735 ILL. COMP. STAT. 5/13-202. Therefore, § 1983 claims arising in Illinois are governed by a two-year statute of limitations. *See Kelly v. City of Chicago*, 4 F.3d 509, 511 (7th Cir. 1993); *Wilson v. Giesen*, 956 F.2d 738, 741 (7th Cir. 1992). Federal law, however, governs the accrual of such claims. *Kelly*, 4 F.3d at 511. A § 1983 claim accrues when "a plaintiff

knows or should know that his or her constitutional rights have been violated." *Id.*

Plaintiff is **INSTRUCTED** that, though he has dismissed his claim, he must still pay the filing fee for this case. *See* 28 U.S.C. § 1915(b)(1), (e)(2); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998) (a prisoner incurs the obligation to pay the filing fee for a lawsuit when the suit is filed, and the obligation continues regardless of later developments in the suit, such as dismissal of the suit or denial of leave to proceed in forma pauperis).

**IT IS SO ORDERED.**

DATED: February 28, 2012

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge